[No. 64709-1-I.   Division One.   September 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GABRIEL JORDON BURNS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-13391-1, Sharon S. Armstrong, J., entered September 9, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Becker, J., concurred in by Leach, A.C.J., and Schindler, J.

[No. 64801-2-I.   Division One.   September 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SHIRWA ABDI MUSE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03205-6, Bruce E. Heller, J., entered January 22, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Schindler and Spearman, JJ.

[No. 64832-2-I.   Division One.   September 19, 2011.]

LUBA PEKISHEVA, *Appellant*, v. LYNN J. MOSER, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-2-02664-1, Steven J. Mura, J., entered January 15, 2009. *Dismissed* by unpublished opinion per Grosse, J., concurred in by Cox and Ellington, JJ.

[No. 64837-3-I.   Division One.   September 19, 2011.]

*In the Matter of the Marriage of* KRISTI M. KELLEY, *Respondent*, and JEFFREY C. KELLEY, *Defendant*, GORDON LOTZKAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-3-08390-5, Douglass A. North, J., entered November 24, 2009. *Remanded* by unpublished opinion per Leach, A.C.J., concurred in by Ellington and Lau, JJ.